IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ALEX PERRY NEAL                          §
                                         §
VS.                                      §      CIVIL ACTION NOS. 4:19cv241, 4:19cv268
                                         §
DIRECTOR, TDCJ-CID                       §

## ORDER OF DISMISSAL

The above-named and numbered civil actions were referred to United States Magistrate Judge

Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains

proposed findings of fact and recommendations for the disposition of such actions, has been

presented for consideration. No objections were timely filed. The Court concludes that the findings

and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and

conclusions of the Court.

It is therefore **ORDERED** the petitions for writ of habeas corpus are **DISMISSED** without

prejudice. It is further **ORDERED** all motions by either party not previously ruled on are hereby

**DENIED**.

  **SIGNED this 27th day of August, 2019.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

1